FILED

2021 Oct-13  PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | |
|---|---|
| Angela Sides,<br><br>       Plaintiff,<br><br>v.<br><br>Medicredit, Inc., a Missouri corporation,<br><br>       Defendant. | Case No.:  5:21-cv-01211-LCB |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE
TO RESPOND TO THE PLAINTIFF'S COMPLAINT BY THIRTY (30) DAYS**

COMES NOW MediCredit, Inc. ("**MediCredit**") and, pursuant to Rule 6(b) of the *Federal Rules of Civil Procedure*, files this Unopposed Motion to Extend the Deadline to Respond to the Plaintiff's Complaint by Thirty (30) Days on the grounds that follow:

1.      Angela Sides (the "**Plaintiff**") filed the instant proceeding on September 7, 2021. The present deadline for MediCredit to file a responsive pleadings is October 15, 2021 [ECF Doc. 6].

2.      MediCredit is currently investigating the allegations of the complaint, and the parties to this action are currently negotiating in good faith to resolve this lawsuit if possible.

3.      MediCredit avers that granting it an additional thirty (30) day extension of the deadline to respond to the Plaintiff's complaint may limit the accrual of attorney fees and expenses on all of the parties, making a speedy resolution of this case more likely.

4.      Rule 6(b) of the *Federal Rules of Civil Procedure* empowers this Court to extend the deadline in question for cause.

5.      MediCredit has contacted counsel for the Plaintiff concerning this request for relief. Plaintiff does not oppose the request for an extension for MediCredit to respond.

WHEREFORE, premises considered, MediCredit, Inc. respectfully requests for this Court to enter an Order: (i) pursuant to Rule 6(b) of the *Federal Rules of Civil Procedure,* extending for

a period of thirty (30) days the deadline for it to respond to the Plaintiff's complaint; and (ii) granting such relief as this Court deems just and proper.

Respectfully submitted this the 13th day of October, 2021.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard IV (ASB-6254-I20V)
*Attorney for Defendant MediCredit, Inc.*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
(256) 512-9924
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 13th day of October, 2021 served the foregoing document upon David J. Phillips and Mary E. Phillips, *Counsel for the Plaintiff*, Phillips & Phillips, Ltd., 9760 S., Roberts Road, Suite One Palos Hills, IL 60465 and Ronald C. Sykstus, *Counsel for the Plaintiff*, Bond, Botes, Sykstus, Tanner & Ezzell, P.C., 225 Pratt Avenue, Huntsville, AL 35801 by electronic service through the Court's CM/ECF system.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard IV